IN THE DISTRICT COURT OF HE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DANNY LYNN ELECTRICAL & PLUMBING, LLC, et al., ) ) ) Plaintiffs, ) ) v. ) ) ) VEOLIA ES SOLID WASTE SOUTHEAST, INC., et al., ) ) ) Defendants. ) | CIVIL ACTION NO. 2:09cv192-MHT (WO) |

ORDER

By order entered on September 26, 2011, (doc. no.365), this court granted the plaintiffs' motion to dismiss (doc. no. 359) and dismissed Jackson's Rocky Ridge Pharmacy, Inc. as a plaintiff.  However, Jackson's Rocky Ridge Pharmacy, Inc. is also a counter-defendant.

It is therefore ORDERED that the parties show cause, if any there be, in writing by October 11, 2011, as to why Jackson's Rocky Ridge Pharmacy, Inc., should not also be dismissed and terminated as a counter-defendant.

DONE, this the 3rd day of October, 2011.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE