IN THE DISTRICT COURT OF HE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DANNY LYNN ELECTRICAL &      )
PLUMBING, LLC, et al.,       )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )    2:09cv192-MHT
                             )        (WO)
VEOLIA ES SOLID WASTE        )
SOUTHEAST, INC., et al.,     )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion for extension of time (Doc. No. 412) is denied.

This court has made clear that, "Absent stated unforeseen and unavoidable circumstances beyond the control of the movant, ... 'eleventh hour' extension requests and motions will be denied outright." Scheduling Order (Doc. No. 39), § 15(B). The movants have failed to offer any explanation as to why this motion was filed the night before the discovery

deadline, rather than days, or even weeks or months, in advance.

    DONE, this the 4th day of January, 2012.


                                 /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**