IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DANNY LYNN ELECTRICAL & PLUMBING, LLC, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:09cv192-MHT (WO) |
| VEOLIA ES SOLID WASTE SOUTHEAST, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the motion to dismiss (Doc. No. 332) is denied without prejudice. The issues presented by the motion are carried with the case.

DONE, this the 29th day of March, 2012.

                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE